**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: A.R., A MINOR | : | No. 61 EAL 2024 |
| | : | |
| | : | |
| PETITION OF: R.O., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: A.A.N.R., A MINOR | : | No. 62 EAL 2024 |
| | : | |
| | : | |
| PETITION OF: R.O., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 17th day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.